IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       *Plaintiff*,
  v.                                                  **Civ. No. 11-962 MV/LFG**

$70,270.00 IN UNITED STATES CURRENCY,

1998 CHEVY CORVETTE
VIN:1G1YY22G0W5130057,

2005 CHEVY CORVETTE
VIN:1G1YY24U355101346,

2004 LINCOLN NAVIGATOR
VIN:5LMFU28RX4LJ11357,

2004 FORD F350 CREW CAB LARIAT
VIN:1FTSW31P64EC34933,

FUNDS IN THE AMOUNT OF $12,075.47
FROM ACCOUNT NO. **4770
SANDIA LABORATORY FEDERAL CREDIT UNION,

       *Defendants*,
and

ELI SANDOVAL,
MADELINE SANDOVAL,
RONALD LUJAN,
GERALDINE LUJAN,

       *Claimants.*

**REPORT AND RECOMMENDATION
REGARDING UNITED STATES' MOTION
FOR PARTIAL DEFAULT JUDGMENT (Doc. 11)[1]**

---

[1] Within fourteen (14) days after a party is served with a copy of this analysis and recommended disposition, that party may, pursuant to 28 U.S.C. § 636(b)(1), file written objections to such analysis and

Pursuant to the Order of Reference (Doc. 23) entered herein, the United States' Motion for Partial Default Judgment (Doc. 11) was referred to the Honorable Lorenzo F. Garcia.  At a Fed. R. Civ. P. 16  status conference on October 4, 2012, the United States and counsel for Madeline Sandoval agreed that partial default judgment should be entered as to Ronald Lujan, Geraldine Lujan, and all unknown claimants of interest in the Defendant Properties.  Publication of this action was completed and the time in which to file a claim has expired (Doc. 5).  The only claim filed was by Madeline Sandoval (Doc. 22).  Eli Sandoval disclaimed his interest in all Defendant Properties (Doc. 17).  Ronald and Geraldine Lujan did not file a claim or answer.  They had notice of the Rule 16 hearing, but did not appear at the status conference on October 4, 2012.

Therefore, pursuant to the Order of Reference (Doc. 23), this Court recommends that the Motion for Partial Default Judgment as to Ronald Lujan, Geraldine Lujan, and all unknown claimants of interest (Doc. 11) be granted.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge

---

recommendation.  A party must file any objections within the fourteen-day period allowed if that party wants to have appellate review of the analysis and recommendation.  If no objections are filed, no appellate review will be allowed.  *See, e.g.*, <u>Wirsching v. Colorado</u>, 360 F.3d 1191, 1197 (10th Cir. 2004) ("firm waiver" rule followed in Tenth Circuit holds that a party who fails to object to magistrate judge's findings and recommendations in timely manner waives appellate review of both factual and legal questions).